IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

IN RE:  
BRENDA MCCALL  
aka BRENDA F. COLLINS  
aka BRENDA STEWART  
aka BRENDA STEWART MCCALL COLLINS

CHAPTER 13

CASE NO. 15-30237

Debtor,

ON MOTION OF:  
MAX CREDIT UNION  
    Movant.

## MOTION FOR RELIEF FROM STAY
### (SECOND MORTGAGE)

Movant Max Credit Union requests relief from stay imposed by Section 362(a) and in support thereof, shows unto this Honorable Court as follows:

1. Debtor executed a promissory note secured by a mortgage to Max Credit Union dated March 8, 2013 on the following property located in Macon, County Alabama, viz:

> **Lot C, in Block 19, according to plat of Spring Valley plat of Plat No. 8, as the same is recorded in the office of the Judge of Probate of Montgomery County, Alabama.**

Said mortgage is recorded in the records in the Office of the Judge of Probate of Montgomery County in RLPY 4411, Page 991 (a copy of said note and mortgage are attached hereto and incorporated herein by reference).

2. There is presently due and unpaid a principal balance of $23,883.53 plus interest, attorney's fees and expenses, all of which are specifically provided for under the terms of said note and mortgage.

3. Said note and mortgage are in default for the post petition payment due July 1, 2015, and provide that default in any one installment shall give the Mortgagee the right to foreclose said lien and sell the property secured thereby under the terms and conditions set forth in said instrument.

4. There is cause for removing the stay, including but not limited to the fact that Movant's interest in said property is not adequately protected, the Debtor does not have equity in said property and said property is not necessary for an effective reorganization.

5. Movant specifically requests permission from this Honorable Court to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law.

WHEREFORE, Movant requests that such stay be terminated, nulled, modified or conditioned so as to allow your Movant to foreclose in accordance with the provisions of said mortgage and the laws of the State of Alabama; and Movant further requests the Court to waive the ten (10) days waiting period required by Bankruptcy Rule 4001 (a)(3) as amended.

Dated this 18th day of August, 2015.

/s/ Beth McFadden Rouse
Beth McFadden Rouse
Attorney for Movant

OF COUNSEL:

McFadden, Lyon & Rouse, L.L.C.
718 Downtowner Boulevard
Mobile, Alabama 36609
(251) 342-9172

## CERTIFICATE OF SERVICE

By mailing a copy of the same by United States Mail, properly addressed and first class postage prepaid to the following on the 18th day of August 2015

Debtor:	Brenda McCall
	506 Rosedon Dr.
	Montgomery, Alabama 36116

by electronic case filing, ("ECF") to the following:

Debtor's Attorney:	Joshua C. Milam
	506 S. Perry St.
	Montgomery, Alabama 36104

Trustee:	Curtis C. Reding, Trustee
	Post Office Box 173
	Montgomery, AL 36101

/s/ Beth McFadden Rouse
Beth McFadden Rouse